48

*Oliver R. Hardin,* for plaintiffs.

22465.   Cobb Operating Company *v.* Florence.

Broyles, C. J.   Under the facts of the case as disclosed by the record, the judge of the superior court did not, for any reason assigned, err in overruling the certiorari.

*Judgment affirmed. Hooper, J., concurs. MacIntyre, J., not presiding.*

Decided November 17, 1932.

*A. C. Corbett,* for plaintiff.

*Alston, Alston, Foster & Moise, H. A. Beaman, R. J. Ward,* for defendant.